IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OASIS PETROLEUM INC., *et al.*,[1] | ) ) ) | Case No. 20-34771 (MI) |
|  | ) ) | (Joint Administration Requested) |
| Debtors. | ) ) |  |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR
HEARING SCHEDULED FOR SEPTEMBER 30, 2020**

The above-captioned Debtors and Debtors in Possession (collectively, the "Debtors") file this Witness and Exhibit List for the hearings to be held on **September 30, 2020, at 11:00 a.m. (prevailing Central Time)** (the "Hearing") as follows:[2]

## WITNESSES

The Debtors may call the following witnesses at the Hearing:[3]

1. Michael Lou, Chief Financial Officer of Oasis Petroleum Inc.;

2. Robert Jordan, Kurtzman Carson Consultants, LLC;

3. Alexander Tracy, Partner at Perella Weinberg Partners LP;

4. Rebuttal witnesses as necessary; and

5. Any witness called by any other party.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/oasis. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1001 Fannin Street, Suite 1500, Houston, Texas 77002.

[2] The Debtors reserve the right to amend this Witness and Exhibit List after reviewing any objections.

[3] The Debtors reserve the right to cross-examine any witness called by any other party at the Hearing.

KE 71481637

**DEBTORS' EXHIBITS**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Declaration of Michael Lou, Chief Financial Officer of Oasis Petroleum, Inc., in Support of Chapter 11 Petitions [Docket No. 26]. | | | | | | |
| 2 | Declaration of Alexander Tracy in Support of the Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (D) Granting Adequate Protection to the Prepetition Secured Parties, (E) Modifying The Automatic Stay, (F) Scheduling a Final Hearing, and (G) Granting Related Relief [Docket No. 30, Exhibit A]. | | | | | | |
| 3 | Declaration of Robert Jordan in Support of Debtors' Emergency Application for Entry of an Order Appointing Kurtzman Carson Consultants LLC As Claims, Noticing, And Solicitation Agent [Docket No. 28, Exhibit A]. | | | | | | |
| 4 | Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates [Docket No. 24]. | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 5 | Disclosure Statement Relating to the Debtors' Joint Prepackaged Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates [Docket No. 25]. | | | | | | |
| | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the hearing.

Houston, Texas
September 30, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| Bruce J. Ruzinsky (TX Bar No. 17469425)<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Jennifer F. Wertz (TX Bar No. 24072822)<br>Vienna F. Anaya (TX Bar No. 24091225)<br>**JACKSON WALKER L.L.P.**<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone:  (713) 752-4200<br>Facsimile:  (713) 752-4221<br>Email:  bruzinsky@jw.com<br>    mcavenaugh@jw.com<br>    jwertz@jw.com<br>    vanaya@jw.com<br><br>*Proposed Co-Counsel for the Debtors*<br>*and Debtors in Possession* | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Brian Schartz, P.C. (TX Bar No. 24099361)<br>609 Main Street<br>Houston, Texas 77002<br>Telephone:  (713) 836-3600<br>Facsimile:  (713) 836-3601<br>Email:    brian.schartz@kirkland.com<br><br>-and-<br><br>Chad J. Husnick, P.C. (*pro hac vice* admission pending)<br>David L. Eaton (*pro hac vice* admission pending)<br>John Luze (*pro hac vice* admission pending)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:    chad.husnick@kirkland.com<br>       david.eaton@kirkland.com<br>       john.luze@kirkland.com<br><br>-and-<br><br>AnnElyse Scarlett Gains (*pro hac vice* admission pending)<br>1301 N. Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone:  (202) 389-5000<br>Facsimile:  (202) 389-5200<br>Email:    annelyse.gains@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors*<br>*and Debtors in Possession* |

## Certificate of Service

     I certify that on September 30, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ Matthew D. Cavenaugh*
                                         Matthew D. Cavenaugh