IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OASIS PETROLEUM INC., *et al.*,[1] | ) ) ) | Case No. 20-34771 (MI) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR
HEARING SCHEDULED FOR OCTOBER 15, 2020**

The above-captioned Debtors and Debtors in Possession (collectively, the "Debtors") file this Witness and Exhibit List for the hearings to be held on **October 15, at 9:00 a.m. (prevailing Central Time)** (the "Hearing") as follows:[2]

## WITNESSES

The Debtors may call the following witnesses at the Hearing:[3]

1. Michael Lou, Chief Financial Officer of Oasis Petroleum Inc.;

2. Rebuttal witnesses as necessary; and

3. Any witness called by any other party.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/oasis. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1001 Fannin Street, Suite 1500, Houston, Texas 77002.

[2] The Debtors reserve the right to amend this Witness and Exhibit List after reviewing any objections.

[3] The Debtors reserve the right to cross-examine any witness called by any other party at the Hearing.

## DEBTORS' EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Declaration of Michael Lou, Chief Financial Officer of Oasis Petroleum, Inc., in Support of Chapter 11 Petitions [Docket No. 26]. | | | | | | |
| | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the hearing.

Houston, Texas
October 13, 2020

Respectfully Submitted,

*/s/  Matthew D. Cavenaugh*

| | |
|---|---|
| Bruce J. Ruzinsky (TX Bar No. 17469425) | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Vienna F. Anaya (TX Bar No. 24091225) | 609 Main Street |
| **JACKSON WALKER L.L.P.** | Houston, Texas 77002 |

Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Vienna F. Anaya (TX Bar No. 24091225)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:       (713) 752-4221
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: vanaya@jw.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:       (713) 836-3601
Email:              brian.schartz@kirkland.com

-and-

Chad J. Husnick, P.C. (admitted *pro hac vice*)
David L. Eaton (admitted *pro hac vice*)
John Luze (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:              chad.husnick@kirkland.com
                       david.eaton@kirkland.com
                       john.luze@kirkland.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
1301 N. Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:    (202) 389-5000
Facsimile:     (202) 389-5200
Email:            annelyse.gains@kirkland.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

**Certificate of Service**

I certify that on October 13, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh