**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| OASIS PETROLEUM INC., *et al.*,[1] | ) | Case No. 20-34771 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**AMENDED SUPPLEMENT FOR THE JOINT
PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION
OF OASIS PETROLEUM INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this Amended Plan Supplement (this "Amended Plan Supplement"), in support of the *Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"),[2] which was filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court") on September 30, 2020 [Docket No. 24].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors filed the initial *Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates* [Docket No. 263] on November 3, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Amended Plan Supplement includes current drafts of the following documents (certain of which continue to be negotiated between the Debtors and the applicable Consenting Stakeholders, and will be Filed in substantially final form prior to the Effective Date), as may be modified, amended, or supplemented from time to time:

| | |
|---|---|
| **Exhibit B** | Amended 1129(a)(5) Disclosures Regarding Directors and Officers |

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan and/or the Restructuring Support Agreement, to alter, amend, modify, or supplement the Amended Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan;

---

[1]   Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/oasis. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1001 Fannin Street, Suite 1500, Houston, Texas 77002.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

KE 72251799

*provided* that, if any document in this Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the Confirmation Hearing, the Debtors will file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Amended Plan Supplement are integral to, and are considered part of, the Plan.  If the Plan is approved, the documents contained in the Amended Plan Supplement will be approved by the Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the Disclosure Statement and confirmation of the Plan at a hearing scheduled for **November 10, 2020, at 3:30 p.m., prevailing Central Time** before the Honorable Marvin Isgur at the United States Bankruptcy Court, Courtroom 404, 515 Rusk Street, Houston, Texas, 77002.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents **free of charge**, contact the Debtors' Claims and Noticing Agent, Kurtzman Carson Consultants LLC by:  (a) visiting the Debtors' restructuring website https:// www.kccllc.net/oasis; (b) calling (866) 480-0830 (toll-free in the United States and Canada) or (781) 575-2040 (outside the United States); or (c) by submitting an electronic inquiry at http://www.kccllc.net/oasis/inquiry.  You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee by visiting the Court's website on PACER at https://ecf.txsb.uscourts.gov.

Houston, Texas
November 9, 2020

Respectfully Submitted,

*/s/  Matthew D. Cavenaugh*

Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Vienna F. Anaya (TX Bar No. 24091225)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: vanaya@jw.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:      (713) 836-3601
Email:          brian.schartz@kirkland.com

-and-

Chad J. Husnick, P.C. (admitted *pro hac vice*)
David L. Eaton (admitted *pro hac vice*)
John Luze (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          chad.husnick@kirkland.com
                david.eaton@kirkland.com
                john.luze@kirkland.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
1301 N. Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:   (202) 389-5200
Email:       annelyse.gains@kirkland.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

3

**<u>Certificate of Service</u>**

I certify that on November 9, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

### Exhibit B

### Amended 1129(a)(5) Disclosures Regarding Directors and Officers

**1.      Disclosure Regarding Directors**

As of the Effective Date, the term of the current members of the board of directors of Oasis Petroleum Inc. shall automatically expire and the members of the New Board shall be appointed in accordance with the New Organizational Documents.  The following six directors shall be added to the New Board:

**A.      Douglas A. Brooks, as Chairman of the New Board.**  Mr. Brooks is currently a private investor and serves on the Board of Directors for California Resources Corporation.  He previously served on the Board of Directors of Chaparral Energy, Inc. from 2017 to October 2020 and also served on the Board of Directors of Madalena Energy Inc. (now Centaurus Energy, Inc.) in Canada.  In addition, he served as President and Chief Executive Officer as well as a member of the Board of Directors of Energy XXI Gulf Coast, Inc., an offshore Gulf of Mexico exploration and production company, from April 2017 until the company was acquired by an affiliate of Cox Oil LLC in October 2018.  From 2015 to 2016, he served as president and chief executive officer and a member of the Board of Directors of Yates Petroleum Corporation, a privately owned exploration and production company, which merged with EOG Resources.  From 2012 to 2014, he served as Chief Executive Officer as well as a member of the Board of Directors of Aurora Oil & Gas Limited until it merged with Baytex Energy Corp.  In 2012, he served as a senior vice president at Forest Oil Corporation.  From 2006 to 2012, Mr. Brooks built two private equity sponsored firms focused on unconventional resource projects in the western U.S.  In addition, he spent 24 years with Marathon Oil Company in roles of increasing responsibility, lastly as the director of upstream mergers and acquisitions and business development for the Americas.  He holds a Bachelor of Science degree in business management from the University of Wyoming – Casper and a Master of Business Administration, Finance from Our Lady of the Lake University in Texas.

**B.      Samantha Holroyd.**  Ms. Holroyd has served as an independent advisor to the oil and gas industry since February 2020 through Golden Advisory Services, LLC, a consulting firm.  Previously, Ms. Holroyd served as a Managing Director at Lantana Energy Advisors, an advisory firm specializing in energy transactions (M&A&D), which was a division of SunTrust Robinson Humphrey, Inc., the corporate and investment banking arm of Truist Financial Corporation, a bank holding company, from February 2018 to February 2020.  Prior to that, she served as a Managing Director at TPG Sixth Street Partners, a global finance and investment firm, from September 2016 to January 2018, and as Technical Director at Denham Capital Management LP, an energy and resources-focused global private equity firm, from October 2011 to September 2016.  Additionally, Ms. Holroyd previously served as Global Reserves Audit Manager and Business Opportunity Manager at Royal Dutch Shell PLC, a global oil and gas company, Vice President of EIG Global Energy Partners, a provider of institutional capital to the global energy industry, and Vice

President of Ryder Scott Company, a petroleum consulting firm.  Earlier in her career, she served as a Senior Reservoir Engineer with Tenneco Ventures Corporation, which was an oil and gas exploration, production and financing company, and as a Reservoir Engineer with Atlantic Richfield Company, an oil and gas company.  Ms. Holroyd currently serves as an independent board member for Gulfport Energy and is a Certified Corporate Director by the National Association of Corporate Directors (NACD).  She received a Bachelor of Science degree in Petroleum Engineering from the Colorado School of Mines, holds FINRA Certifications (Series 79 and Series 63), and is a Registered Professional Engineer in the State of Texas.

C.  **John Jacobi.**  Mr. Jacobi began his full-time employment in the energy business in 1981 working for Woolf & Magee Inc., a drilling, exploration and production company.  In 1991, Jacobi co-founded Jacobi-Johnson Energy, Inc., an independent oil and gas producer, and served as its president focusing on acquisitions in the Ark-La-Tex and Gulf Coast Basins.  In 1998, Jacobi-Johnson Energy, Inc. was sold to EXCO Resources, where Jacobi served as vice president of business development and marketing and led the acquisition efforts on transactions valued at approximately $8 billion.  In June 2013, Jacobi co-founded Covey Park Energy, Inc., again focusing on acquisitions and served as its co-chief executive officer and board member.  Covey Park Energy, Inc. was sold to Comstock Resources in July 2019.  John served on the Board of Directors of Comstock Resources from July 2019 to October 2020.  He has served on the Board of Directors of Pioneer Energy Services Corp., as Chair of the Audit Committee, since May 2020.  John is currently the CEO and President of Javelin Energy Partners.

D.  **Robert McNally.**  Mr. McNally served as President and Chief Executive Officer of EQT Corporation, an NYSE-listed independent natural gas producer with operations in Pennsylvania, West Virginia and Ohio, from 2018 through 2019.  Prior to that role, from 2016 to 2018, Mr. McNally served as Senior Vice President and Chief Financial Officer of EQT Corporation, and EQT Midstream Services, LLC, EQT GP Services, LLC, and from 2017 to 2018, Rice Midstream Management LLC.  From 2010 until 2016, Mr. McNally served as Executive Vice President and Chief Financial Officer of Precision Drilling Corporation, a TSE and NYSE-listed drilling contractor with operations primarily in the United States, Canada and the Middle East.  From 2009 to 2010, and for a period in 2007, Mr. McNally served as an Investment Principal for Kenda Capital LLC.  In 2008, Mr. McNally served as the Chief Executive Officer of Dalbo Holdings, Inc.  In 2006, Mr. McNally served as Executive Vice President of Operations and Finance for Warrior Energy Services Corp.  From 2000 to 2005, Mr. McNally worked in corporate finance with Simmons & Company International.  Mr. McNally began his career as an engineer with Schlumberger Limited and served in various capacities of increasing responsibility during his tenure from 1994 until 2000.  In addition to his experience as an executive, Mr. McNally has had extensive experience in the boardroom, where he has served, at various times, on the boards of Warrior Energy Services, Dalbo Holdings, EQT Midstream Partners, EQT GP Holdings, Rice Midstream Partners and EQT Corporation.  Currently, McNally serves as a director of Summit Midstream Partners since May 2020 and also serves on the Audit Committee of the Board.  He has a B.S. in Mechanical Engineering from University of Illinois, a B.A.

in Mathematics from Knox College, and an M.B.A. from Tulane University Freeman School of Business.

E.   **Thomas Nusz.**  Mr. Nusz has served as the Debtors' Chief Executive Officer and Director since their inception in March 2007.  He also served as the Debtors' President until January 1, 2014, and has 37 years of experience in the oil and gas industry. From April 2006 to February 2007, Mr. Nusz managed his personal investments and developed the business plan for Oasis Petroleum LLC. He was previously a Vice President with Burlington Resources Inc., a formerly publicly traded oil and gas exploration and production company or, together with its predecessors, Burlington, and served as President International Division (North Africa, Northwest Europe, Latin America and China) from January 2004 to March 2006, as Vice President Acquisitions and Divestitures from October 2000 to December 2003, and as Vice President Strategic Planning and Engineering from July 1998 to September 2000 and as Chief Engineer for substantially all of such period.  From September 1985 to June 1998, Mr. Nusz held various operations and managerial positions with Burlington in several regions of the United States, including the Permian Basin, the San Juan Basin, the Black Warrior Basin, the Anadarko Basin, onshore Gulf Coast and Gulf of Mexico.  Mr. Nusz was an engineer with Mobil Oil Corporation and for Superior Oil Company from June 1982 to August 1985.  He is a current member of the National Petroleum Council, an advisory committee to the Secretary of Energy of the United States.  Mr. Nusz holds a Bachelor of Science in Petroleum Engineering from Mississippi State University.

F.   **Cynthia L. Walker.**  Ms. Walker has served as an independent director at Sempra Energy, an NYSE-listed, leading North American energy infrastructure company, since October 2018, where she is a member of the Audit Committee and Safety, Sustainability & Technology Committee.  She served as Senior Vice President, Midstream and Marketing for Occidental Petroleum, an NYSE-listed oil and gas company with global operations in upstream, chemicals and midstream, from 2016 until October 2019, where she led the company's midstream operations and crude oil, NGL and natural gas marketing efforts.  Previously, she was Senior Vice President, Strategy and Development for Occidental, overseeing the company's business development, financial planning and land activities.  Ms. Walker joined Occidental in 2012 as Executive Vice President and Chief Financial Officer responsible for the accounting, tax, treasury, investor relations, internal audit and financial planning functions.  Before joining Occidental, she provided clients with strategic advice in high-profile energy industry transactions as a Managing Director in the Global Natural Resources Group and Mergers & Acquisitions Group in the Investment Banking Division at Goldman, Sachs & Co, where she worked for 12 years.  Ms. Walker received a Bachelor of Business Administration, High Honors, from The University of Texas at Austin in 1998.

On or before the Effective Date, one additional director of the New Board shall be selected by the Required Consenting Noteholders in accordance with Article IV.L of the Plan.  Each director of the Reorganized Debtors shall serve from and after the Effective Date pursuant to the terms of the applicable New Organizational Documents and other constituent documents.  After the Effective Date, the appointment of officers and executives of the Reorganized Debtors shall be governed by the New Organizational Documents to be adopted on or after the Effective Date.

**2.     Disclosure Regarding Officers**

The Debtors' existing officers will continue with the Debtors through and after the Effective Date in their current roles and receive compensation consistent with current practices, subject to any modifications in connection with the structure, allocation and documentation of the Management Incentive Plan in accordance with Article IV.P of the Plan.  After the Effective Date, the appointment and/or replacement of officers and executives of the Reorganized Debtors shall be governed by the New Organizational Documents to be adopted on or after the Effective Date.