**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| OASIS PETROLEUM INC., *et al.*,[1] | ) Case No. 20-34771 (MI) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**SECOND AMENDED SUPPLEMENT FOR THE JOINT
PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION
OF OASIS PETROLEUM INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this Second Amended Plan Supplement (this "Second Amended Plan Supplement"), in support of the *Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"),[2] which was filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court") on September 30, 2020 [Docket No. 24].

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors filed the initial *Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates* [Docket No. 263] on November 3, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors filed the *Amended Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates* [Docket No. 291] on November 9, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** the Second Amended Plan Supplement includes current drafts of the following documents (certain of which continue to be negotiated between the Debtors and the applicable Consenting Stakeholders, and will be Filed in substantially final form prior to the Effective Date), as may be modified, amended, or supplemented from time to time:

| | |
|---|---|
| **Exhibit C** | Amended Rejected Executory Contracts and Unexpired Leases Schedule |

---

[1]  Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/oasis.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  1001 Fannin Street, Suite 1500, Houston, Texas 77002.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

KE 72317508

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan and/or the Restructuring Support Agreement, to alter, amend, modify, or supplement the Amended Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan; *provided* that, if any document in this Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the Confirmation Hearing, the Debtors will file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Amended Plan Supplement are integral to, and are considered part of, the Plan.  If the Plan is approved, the documents contained in the Amended Plan Supplement will be approved by the Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the Disclosure Statement and confirmation of the Plan at a hearing scheduled for **November 10, 2020, at 3:30 p.m., prevailing Central Time** before the Honorable Marvin Isgur at the United States Bankruptcy Court, Courtroom 404, 515 Rusk Street, Houston, Texas, 77002.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents **free of charge**, contact the Debtors' Claims and Noticing Agent, Kurtzman Carson Consultants LLC by:  (a) visiting the Debtors' restructuring website https:// www.kccllc.net/oasis; (b) calling (866) 480-0830 (toll-free in the United States and Canada) or (781) 575-2040 (outside the United States); or (c) by submitting an electronic inquiry at http://www.kccllc.net/oasis/inquiry.   You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee by visiting the Court's website on PACER at https://ecf.txsb.uscourts.gov.

Houston, Texas
November 9, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Vienna F. Anaya (TX Bar No. 24091225)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:       (713) 752-4200
Facsimile:       (713) 752-4221
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: vanaya@jw.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:       (713) 836-3600
Facsimile:       (713) 836-3601
Email:            brian.schartz@kirkland.com

-and-

Chad J. Husnick, P.C. (admitted *pro hac vice*)
David L. Eaton (admitted *pro hac vice*)
John Luze (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:            chad.husnick@kirkland.com
                  david.eaton@kirkland.com
                  john.luze@kirkland.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
1301 N. Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:       (202) 389-5000
Facsimile:       (202) 389-5200
Email:            annelyse.gains@kirkland.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on November 9, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

**Exhibit C**

**Amended Rejected Executory Contracts and Unexpired Leases Schedule**[3]

This **Exhibit C** contains the Amended Rejected Executory Contract and Unexpired Lease Schedule.

Article V.A. of the Plan Provides as follows:

On the Effective Date, except as otherwise provided in Article V.H.1 and elsewhere herein, all Executory Contracts or Unexpired Leases not otherwise assumed or rejected will be deemed assumed by the applicable Reorganized Debtor in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those that are: (1) identified on the Rejected Executory Contracts and Unexpired Leases Schedule; (2) previously expired or terminated pursuant to their own terms; (3) have been previously assumed or rejected by the Debtors pursuant to a Final Order; (4) are the subject of a motion to reject that is pending on the Effective Date; or (5) have an ordered or requested effective date of rejection that is after the Effective Date.

**Article V.B.** of the Plan Provides as follows:

Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Effective Date. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Proof of Claim to the contrary.** All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims and shall be treated in accordance with **Article III.B.5.** of this Plan.

---

[3] The list contained in this **Exhibit C** remains subject to continuing negotiations. The Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan or the Restructuring Support Agreement, to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan or Restructuring Support Agreement.

KE 72317508

The inclusion of any document on the Rejected Executory Contract and Unexpired Lease Schedule does not constitute an admission that any such document constitutes an Executory Contract and the Debtors' rights to argue that such document does not constitute an Executory Contract are hereby reserved.

[Remainder of page intentionally left blank]

6

| Reference No. | Counterparty | Debtor Counterparty | Description of Lease / Contract | Effective Date of the Rejection |
|---|---|---|---|---|
| 1. | FC Tower Property Partners L.P. | Oasis Petroleum LLC | Lease Agreement for 1001 Fannin Street, Houston, TX 77002 dated April 16, 2007 (as may have been amended, restated, supplemented, or otherwise modified from time to time) and all amendments (including without limitation amendments numbered one through ten related thereto), supplements, and other documents ancillary or otherwise related thereto. | On the Plan Effective Date. |

KE 72317508