**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OASIS PETROLEUM INC., *et al.*, [1] | ) | Case No. 20-34771 (MI) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

I, Cerene Credo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 23, 2020, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **<u>Exhibit C</u>**:

- **Notice of Entry of an Order Establishing September 30, 2020 as the Record Date for Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates** [attached hereto as **<u>Exhibit A</u>**]

- **Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates** [attached hereto as **<u>Exhibit B</u>**]

Dated:  November 25, 2020

/s/ Cerene Credo
Cerene Credo
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]   Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/oasis.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  1001 Fannin Street, Suite 1500, Houston, Texas 77002.

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OASIS PETROLEUM INC., *et al.*,[1] | ) Case No. 20-34771 (MI) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re:  Docket No. 27, 235** |

**NOTICE OF ENTRY OF AN ORDER ESTABLISHING SEPTEMBER 30, 2020 AS THE RECORD DATE FOR NOTICE AND SELL-DOWN PROCEDURES FOR TRADING IN CERTAIN CLAIMS AGAINST THE DEBTORS' ESTATES**

**TO:   ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT HOLD CLAIMS AGAINST THE DEBTORS:**

**PLEASE TAKE NOTICE THAT** on September 30, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with the United States Bankruptcy Court for the Southern District of Texas (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estate or property from the Debtors' estate or to exercise control over property of the Debtors' estate.

**PLEASE TAKE FURTHER NOTICE THAT** on the Petition Date, the Debtors filed the *Debtors' Emergency Motion for Entry of an Order Establishing September 30, 2020 as the*

---

[1]   Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/oasis.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  1001 Fannin Street, Suite 1500, Houston, Texas 77002.

*Record Date for Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates* [Docket No. 27] (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** on October 28, 2020, the Court entered the *Order Establishing September 30, 2020 as the Record Date for Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates* [Docket No. 235] (the "Record Date Order") establishing an effective date for notice and the Sell-Down Procedures (as defined in the Motion) for trading in claims against the Debtors' estates. The "Record Date" is the date referenced in the Record Date Order, September 30, 2020.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Record Date Order, claimholders and potential purchasers of claims against the Debtors are hereby notified that, if the Court ultimately approves a Sell-Down Order, claimholders that acquire claims after the Record Date in an amount that would entitle them to receive more than a specified percentage (which could be as low as 4.5 percent) of the stock of the reorganized Debtors under the Debtors' plan of reorganization may be subject to a required sell-down of any claims purchased after the Record Date.

**PLEASE TAKE FURTHER NOTICE THAT** all persons or entities that acquired debt claims against the Debtors after the Record Date and currently hold such claims in such an amount that the persons or entities holding such claims would be entitled to receive more than a specified percentage (which could be as low as 4.5 percent) of the equity of the reorganized Debtors under the Debtors' plan of reorganization shall be required to identify themselves to the Debtors after the Court's approval of the disclosure statement which identifies potential recoveries for creditors.

**PLEASE TAKE FURTHER NOTICE THAT** complete copies of the Motion and Record Date Order, with additional information about the Record Date and possible Sell-Down Order, are available via PACER on the Court's website at https://ecf.txsb.uscourts.gov for a fee, or free of charge by accessing the Debtors' restructuring website at www.kccllc.net/oasis.

**PLEASE TAKE FURTHER NOTICE THAT**, the entry of the Record Date Order shall in no way prejudice the rights of any party to oppose the entry of a Sell-Down Order, on any grounds, and that all parties' rights are expressly preserved hereby.

**PLEASE TAKE FURTHER NOTICE THAT** the requirements set forth in this notice are in addition to the requirements of applicable law and do not excuse compliance therewith.

Houston, Texas
October 29, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Vienna F. Anaya (TX Bar No. 24091225)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: vanaya@jw.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:      (713) 836-3601
Email:          brian.schartz@kirkland.com

-and-

Chad J. Husnick, P.C. (*pro hac vice* admission pending)
David L. Eaton (*pro hac vice* admission pending)
John Luze (*pro hac vice* admission pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          chad.husnick@kirkland.com
                david.eaton@kirkland.com
                john.luze@kirkland.com

-and-

AnnElyse Scarlett Gains (*pro hac vice* admission pending)
1301 N. Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:   (202) 389-5200
Email:          annelyse.gains@kirkland.com

*Proposed Co-Counsel for the Debtors*
*and Debtors in Possession*

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| OASIS PETROLEUM INC., *et al.*,[1] | ) | Case No. 20-34771 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENT FOR THE JOINT PREPACKAGED CHAPTER 11 PLAN OF**
**REORGANIZATION OF OASIS PETROLEUM INC. AND ITS DEBTOR AFFILIATES**

      **PLEASE TAKE NOTICE THAT** the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby file this plan supplement (this "Plan Supplement"), in support of the *Joint Prepackaged Chapter 11 Plan of Reorganization of Oasis Petroleum Inc. and Its Debtor Affiliates* (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan"),[2] which was filed with the United States Bankruptcy Court for the Southern District of Texas (the "Court") on September 30, 2020 [Docket No. 24].

      **PLEASE TAKE FURTHER NOTICE THAT** the Plan Supplement includes current drafts of the following documents (certain of which continue to be negotiated between the Debtors and the applicable Consenting Stakeholders, and will be Filed in substantially final form prior to the Effective Date), as may be modified, amended, or supplemented from time to time:

| | |
|---|---|
| **Exhibit A** | New Organizational Documents |
| **Exhibit B** | 1129(a)(5) Disclosures Regarding Directors and Officers |
| **Exhibit C** | Rejected Executory Contracts and Unexpired Leases Schedule |
| **Exhibit D** | Schedule of Retained Causes of Action |
| **Exhibit E** | Exit Facility Credit Agreement |
| **Exhibit F** | New Warrant Agreement |
| **Exhibit G** | Registration Rights Agreement |
| **Exhibit H** | Mirada Settlement Agreement |

---

[1] Due to the large number of debtor entities in these chapter 11 cases, for which the Debtors have requested joint administration, a complete list of the debtor entities and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/oasis. The location of the Debtors' service address for purposes of these chapter 11 cases is: 1001 Fannin Street, Suite 1500, Houston, Texas 77002.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

KE 71794109

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan and/or the Restructuring Support Agreement, to alter, amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan; *provided* that, if any document in this Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the Confirmation Hearing, the Debtors will file a redline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors will seek approval of the Disclosure Statement and confirmation of the Plan at a hearing scheduled for **November 10, 2020, at 3:30 p.m., prevailing Central Time** before the Honorable Marvin Isgur at the United States Bankruptcy Court, Courtroom 404, 515 Rusk Street, Houston, Texas, 77002.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the adequacy of the Disclosure Statement or the confirmation of the Plan was on **November 2, 2020, at 4:00 p.m., prevailing Central Time** (the "Objection Deadline"). Any objection to the Disclosure Statement or the Plan **must**: (a) be in writing; (b) comply with the Bankruptcy Code, Bankruptcy Rules, the Local Bankruptcy Rules, and any orders of the Court; (c) state the name and address of the objecting party and the amount and nature of the claim or interest beneficially owned by such entity; (d) state the legal or factual basis for such objections and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed with the Court with proof of service thereof so as to be *actually received* on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement, the Plan, the Plan Supplement, or related documents **free of charge**, contact the Debtors' Claims and Noticing Agent, Kurtzman Carson Consultants LLC by: (a) visiting the Debtors' restructuring website https:// www.kccllc.net/oasis; (b) calling (866) 480-0830 (toll-free in the United States and Canada) or (781) 575-2040 (outside the United States); or (c) by submitting an electronic inquiry at http://www.kccllc.net/oasis/inquiry. You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee by visiting the Court's website on PACER at https://ecf.txsb.uscourts.gov.

Houston, Texas
November 3, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

Bruce J. Ruzinsky (TX Bar No. 17469425)
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Vienna F. Anaya (TX Bar No. 24091225)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email: bruzinsky@jw.com
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: vanaya@jw.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:      (713) 836-3601
Email:            brian.schartz@kirkland.com

-and-

Chad J. Husnick, P.C. (admitted *pro hac vice*)
David L. Eaton (admitted *pro hac vice*)
John Luze (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:            chad.husnick@kirkland.com
                     david.eaton@kirkland.com
                     john.luze@kirkland.com

-and-

AnnElyse Scarlett Gains (admitted *pro hac vice*)
1301 N. Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:      (202) 389-5000
Facsimile:      (202) 389-5200
Email:            annelyse.gains@kirkland.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

3

**Note: Exhibits have been omitted.**

To view the full document with exhibits please visit www.kccllc.net/Oasis and click on the court docket section.

# EXHIBIT C

**Exhibit C**

Creditor Matrix Service List

Served via First Class Mail

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Rudolph & Stephanie Salivar, J/T | Address on File | | | |
| Whiting Oil & Gas | 1700 N Lincoln St Ste 4700 | Denver | CO | 80203-4547 |
| Whiting Oil and Gas Corporation | 1700 N Lincoln St Ste 4700 | Denver | CO | 80203-4547 |

In re Oasis Petroleum Inc., et al.,

Case No. 20-34771 (MI)